**E-FILED on** 12/14/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISREY NERA, an Individual, and CHARITO NERA, an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC., a Delaware Corporation; SADEK, INC., a California Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | No. C-09-2025 RMW<br><br>ORDER GRANTING DEFENDANT AMERICAN HOME MORTGAGE SERVICING, INC.'S MOTION TO DISMISS AND GRANTING MOTION TO EXPUNGE LIS PENDENS;<br><br>ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>**[Re Docket Nos. 16 and 17]** |

Defendant American Home Mortgage Servicing, Inc.'s motion to dismiss the First Amended Complaint and motion to expunge a lis pendens came on for hearing before the court on December 11, 2009. Plaintiffs' opposition papers, although due 21 days before the hearing under Civil Local Rule 7-2(a), were not filed until the afternoon of December 10, 2009, the day before the hearing. Plaintiffs' counsel did not appear at the hearing.[1]

Plaintiffs have a demonstrated history in this action of failing to comply with the court's deadlines. They apparently have not served defendant Sadek, Inc., even though this action was filed

---

[1] Plaintiffs also failed to attend the hearing on the previous motion to dismiss.

ORDER GRANTING DEFENDANT AMERICAN HOME MORTGAGE SERVICING, INC.'S MOTION TO DISMISS AND GRANTING MOTION TO EXPUNGE LIS PENDENS;ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE—No. C-09-2025 RMW
TER

on May 8, 2009. Plaintiffs filed late opposition papers in response to defendant American Home Mortgage Servicing's initial motion to dismiss, and did not appear at the hearing on that motion. Although granted leave to amend, plaintiffs' amended complaint was not filed within the deadline set forth in the court's order granting leave to amend. Plaintiffs failed to comply with their obligation to meet and confer in good faith in connection with the preparation of the Joint Case Management Conference Statement required by Civil Local Rule 16-9 and the court's standing order. Finally, plaintiffs did not file a timely opposition to the present motions, nor did plaintiffs appear at the hearing on the motions or at the case management conference.

Accordingly, plaintiffs are ordered to show cause why this action should not be dismissed for their failure to diligently prosecute. A show cause hearing shall be conducted on January 8, 2010 at 9:00. Plaintiffs shall file a response to this order setting forth what they consider to be good cause no later than Friday, December 18, 2009.

With regard to defendant's motion to dismiss, the motion is granted with leave to amend. Plaintiffs shall file an amended complaint on or before December 18, 2009 stating specific facts separately demonstrating how each defendant is liable for the claims asserted against it. Failure to timely do so will result in a dismissal with prejudice.

With regard to defendant's motion to expunge the lis pendens, plaintiffs have failed to carry their burden of establishing that they have a probability of succeeding on their real property claim. Cal. C. Civ. P. §405.32. Therefore, the Notice of Pendency of Action recorded on May 18, 2009 in the Office of the Recorder of Monterey County as Document No. 2009030398 in connection with this action is hereby expunged. Plaintiffs may not record another notice of pendency of action (lis pendens) without leave of court. Cal. Civ. P. §405.36. Defendant may pursue its attorney's fees and costs of making its motion by filing and serving proof of its attorney's fees and costs on or before December 24, 2009. Plaintiffs' response, if any, shall be filed and served no later than Friday, January 8, 2010.

DATED: 12/14/09

RONALD M. WHYTE  
United States District Judge

ORDER GRANTING DEFENDANT AMERICAN HOME MORTGAGE SERVICING, INC.'S MOTION TO DISMISS AND GRANTING MOTION TO EXPUNGE LIS PENDENS;ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE—No. C-09-2025 RMW  
TER  2

United States District Court
For the Northern District of California

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Carlo Ocampo Reyes        carloreyes@att.net

**Counsel for Defendants:**

Nina Huerta        nhuerta@lockelord.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   12/14/09                                       TER
                                                                                   **Chambers of Judge Whyte**