**E-FILED on** 1/15/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISREY NERA, an Individual, and CHARITO NERA, an Individual,<br><br>　　Plaintiffs,<br><br>　v.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC., a Delaware Corporation; SADEK, INC., a California Corporation; and DOES 1 through 10, inclusive,<br><br>　　Defendants. | No. C-09-2025 RMW<br><br><br>ORDER RE ATTORNEY'S FEES |

    Pursuant to the court's December 14, 2009 order, counsel for defendant American Home Mortgage Servicing has filed a declaration setting forth the reasonable attorney's fees and expenses defendant incurred in connection with the motion to expunge the lis pendens, which was also heard and granted on December 14, 2009. Defendant seeks a total of $1,995 in attorney's fees incurred in connection with preparing the motion to expunge. Pursuant to the order, plaintiffs' response to the request, if any, was to be filed by January 8, 2010. Plaintiffs have filed no response.

    The fees are reasonable in amount, and are awarded and plaintiffs shall pay $1,995 to defendant on or before January 29, 2010. Plaintiffs' failure to comply will result in dismissal of this action.

DATED:　　1/15/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER RE ATTORNEY'S FEES—No. C-09-2025 RMW
TER

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Carlo Ocampo Reyes        carloreyes@att.net

**Counsel for Defendants:**

Nina Huerta        nhuerta@lockelord.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   1/15/10                                      TER
                                                          **Chambers of Judge Whyte**

United States District Court
For the Northern District of California