IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISREY NERA, an Individual, and CHARITO NERA, an Individual, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN HOME MORTGAGE SERVICING, INC., a Delaware Corporation; SADEK, INC., a California Corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | No. C-09-2025 RMW <br><br><br> ORDER DISMISSING ACTION |

The court's January 15, 2010 order required plaintiffs to pay reasonable attorney's fees in the amount of $1,995 to defendant on or before January 29, 2010. The order expressly warned plaintiffs that a failure to comply would result in dismissal of this action. On February 1, 2010, Defendants filed a notice to advise the court that plaintiffs had not paid the attorney's fees and noted that pursuant to the January 15 order, dismissal of the case is now appropriate. Plaintiffs have not filed any response. Plaintiffs also have not paid the attorney's fees, requested an extension of time or claimed an inability to pay the fees. Plaintiffs have failed to comply with the January 15 order, and accordingly, this action is dismissed.

DATED: 2/24/10

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER DISMISSING ACTION—No. C-09-2025 RMW
TER

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Carlo Ocampo Reyes      carloreyes@att.net

**Counsel for Defendants:**

Nina Huerta             nhuerta@lockelord.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 2/24/10                           TER
                                    **Chambers of Judge Whyte**