1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**E-FILED on** _2/4/10_

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISREY NERA, an Individual, and CHARITO NERA, an Individual, | No. C-09-2025 RMW |
| Plaintiffs, | |
| v. | JUDGMENT |
| AMERICAN HOME MORTGAGE SERVICING, INC., a Delaware Corporation; SADEK, INC., a California Corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

On February 24, 2010 the court dismissed this action for failure to comply with a court order requiring the payment of attorney's fees. Therefore,

IT IS HEREBY ORDERED that judgment be entered in favor of defendants and that plaintiffs take nothing by way of their complaint.

DATED: _____2/24/10_____ 

_Ronald M Whyte_

RONALD M. WHYTE
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Carlo Ocampo Reyes          carloreyes@att.net

**Counsel for Defendants:**

Nina Huerta                        nhuerta@lockelord.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   2/24/10 _____          _____ TER _____

                                        **Chambers of Judge Whyte**