**E-FILED on** 2/4/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISREY NERA, an Individual, and CHARITO NERA, an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC., a Delaware Corporation; SADEK, INC., a California Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | No. C-09-2025 RMW<br><br><br>JUDGMENT |

On February 24, 2010 the court dismissed this action for failure to comply with a court order requiring the payment of attorney's fees. Therefore,

IT IS HEREBY ORDERED that judgment be entered in favor of defendants and that plaintiffs take nothing by way of their complaint.

DATED: 2/24/10

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-09-2025 RMW
TER

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Carlo Ocampo Reyes     carloreyes@att.net

**Counsel for Defendants:**

Nina Huerta     nhuerta@lockelord.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   2/24/10                              TER
                                        **Chambers of Judge Whyte**